IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RICHARD JAE,<br>   Petitioner<br><br>vs.<br><br>PENNSYLVANIA BOARD OF<br>PROBATION AND PAROLE,<br>   Respondent | Civil Action No. 09-483<br>Judge Gary L. Lancaster<br>Chief Magistrate Judge Amy Reynolds Hay |

ORDER

AND NOW, this 22 day of September, 2009, the Petitioner having filed a Notice of Voluntary Dismissal of Action (Doc. 18), which the Court will treat as a Motion to Dismiss pursuant to Fed.R.Civ.P. 41(a)(2), IT IS HEREBY ORDERED that the motion is GRANTED and the case is DISMISSED.

                GARY L. LANCASTER
                United States District Judge

cc: John Richard Jae
   BQ-3219
   SCI Cresson
   P.O. Box A
   Cresson, PA 16699

   All counsel of record by Notice of Electronic Filing